IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSE ADANMA DURU, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:14-cv-3817-N-BN |
| § | |
| TSPMG KAISER PERMANENTE § | |
| GEORGIA, ET AL., § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's post-judgment proposed amendment to her complaint [Dkt. No. 31], construed as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), is DENIED, and Plaintiff's requests for a refund of the filing fee and that she be awarded costs are also DENIED.

SO ORDERED this 17th day of December, 2015.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE